IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-31321
Summary Calendar
_____


CURTIS HARRISON,

                                        Plaintiff-Appellant,

versus

SPRINGHILL MEDICAL CENTER,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 95-CV-1092
- - - - - - - - - -
October 1, 1997

Before DUHE', DeMOSS and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Curtis Harrison appeals the judgment following a verdict in
favor of Springhill Medical Center ("Springhill") in his lawsuit
for unpaid overtime wages, pursuant to the Fair Labor Standards
Act ("FLSA").  He argues that the district court erred by
refusing to include in its charge three jury instructions he
requested, specifically an instruction explaining the method of
determining his regular rate of pay based on 29 C.F.R. § 778.115
and two instructions regarding his burden of proof based on

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

<u>Anderson v. Mt. Clemens Pottery Co.</u>, 328 U.S. 680 (1946).  He further argues that the district court erred by including a jury instruction regarding "on-call time" in its charge over his objection.  We have reviewed the record and the briefs and conclude that there is no error.

AFFIRMED.